JS 44 (Rev. 07/16)

# CIVIL COVER SHEET

2:16-cv-4683

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Modular Space Corporation
1200 Swedesford Road
Berwyn, PA 19312-1172

**DEFENDANTS**
Capital Contractors, Inc.
One CA Plaza, Suite 101
Islandia, NY 11749

**(b)** County of Residence of First Listed Plaintiff   Chester County, PA
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   Suffolk County, NY
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Robert R. Watson, Jr.
Eastburn and Gray, PC
470 Norristown Rd., Ste 302
Blue Bell, PA 19422
(215) 345-7000

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☒ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 340 Marine | | ☐ 840 Trademark | ☐ 460 Deportation |
| ☒ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability / **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☒ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 480 Consumer Credit |
| ☒ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury / ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| ☒ 196 Franchise | ☐ 362 Personal Injury - Medical Malpractice / ☐ 385 Other Personal Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights / **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting / ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment / ☐ 510 Motions to Vacate Sentence | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations / ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | | ☐ 462 Naturalization Application | | |
| | ☐ 446 Amer. w/Disabilities - Other / **Other:** ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | ☐ 448 Education / ☐ 550 Civil Rights | | | |
| | ☐ 555 Prison Condition | | | |
| | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 USC sec 1332
Brief description of cause:
Breach of construction cleaning contact

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.
**DEMAND $** 300,000.00
CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____   DOCKET NUMBER _____

DATE 8/29/16   SIGNATURE OF ATTORNEY OF RECORD _____ for Robert R. Watson, Jr. PA ID 83787

**FOR OFFICE USE ONLY**

RECEIPT #_____   AMOUNT_____   APPLYING IFP_____   JUDGE_____   MAG. JUDGE_____

AUG 29 2016

JS 16 4683

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA — DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff: Modular Space Corporation, 1200 Swedesford Road, Berwyn, PA 19312-1172

Address of Defendant: Capital Contractors, Inc., One CA Plaza, Suite 101, Islandia, NY 11749

Place of Accident, Incident or Transaction: Hanover Township, Morris County, New Jersey
(Use Reverse Side For Additional Space)

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more of its stock?
(Attach two copies of the Disclosure Statement Form in accordance with Fed.R.Civ.P. 7.1(a)) Yes☐ No☒

Does this case involve multidistrict litigation possibilities? Yes☐ No☒
RELATED CASE, IF ANY:
Case Number: _____ Judge: _____ Date Terminated: _____

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?
Yes☐ No☒

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?
Yes☐ No☒

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?
Yes☐ No☒

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?
Yes☐ No☒

CIVIL: (Place ✔ in ONE CATEGORY ONLY)

A. *Federal Question Cases*:
1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☐ Antitrust
5. ☐ Patent
6. ☐ Labor-Management Relations
7. ☐ Civil Rights
8. ☐ Habeas Corpus
9. ☐ Securities Act(s) Cases
10. ☐ Social Security Review Cases
11. ☐ All other Federal Question Cases
(Please specify) _____

B. *Diversity Jurisdiction Cases*:
1. ☐ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☐ Motor Vehicle Personal Injury
6. ☐ Other Personal Injury (Please specify)
7. ☐ Products Liability
8. ☐ Products Liability — Asbestos
9. ☒ All other Diversity Cases
(Please specify) breach of contract

ARBITRATION CERTIFICATION
(Check Appropriate Category)

I, Robert R. Watson, Jr., counsel of record do hereby certify:

☒ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;

☐ Relief other than monetary damages is sought.

DATE: 8/29/16 _____ for RRWatson Jr. PA ID 83787
Attorney-at-Law Attorney I.D.#

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: 8/29/16 _____ for RRWatson Jr. PA ID 83787
Attorney-at-Law Attorney I.D.#

CIV. 609 (5/2012)

AUG 29 2016

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA



CASE MANAGEMENT TRACK DESIGNATION FORM

| | | |
|---|---|---|
| MODULAR SPACE CORPORATION | : | CIVIL ACTION |
| v. | : | |
| CAPITAL CONTRACTORS, INC. | : | NO. 16   4683 |

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255.   ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health and Human Services denying plaintiff Social Security Benefits.   ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.   ( )

(d) Asbestos – Cases involving claims for personal injury or property damage from exposure to asbestos.   ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are commonly referred to as complex and that need special or intense management by the court. (See reverse side of this form for a detailed explanation of special management cases.)   ( )

(f) Standard Management – Cases that do not fall into any one of the other tracks.   (x)

| 8/29/16 | _[signature]_ for RPW | _____ Plaintiff |
|---|---|---|
| Date | Attorney-at-law | Attorney for |
| 215-345-7000 | 215-542-9421 | rwatson@eastburngray.com |
| **Telephone** | **FAX Number** | **E-Mail Address** |

(Civ. 660) 10/02

AUG 29 2016

FILED AUG 29 2016

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MODULAR SPACE CORPORATION,<br>1200 Swedesford Road<br>Berwyn, Pennsylvania 19312-1172<br><br>                    Plaintiff,<br><br>         v.<br><br>CAPITAL CONTRACTORS, INC.<br>One CA Plaza, Suite 101<br>Islandia, New York 11749<br><br>Serve: National Corporate Research, Ltd.<br>          10 East 40th Street<br>          New York, New York 10016<br><br>                    Defendant. | Civil Action No. 16 4683 |

## COMPLAINT

Plaintiff, Modular Space Corporation, d/b/a ModSpace, for their Complaint against Defendant, Capital Contractors, Inc. ("CCI"), alleges as follows:

### PRELIMINARY STATEMENT

1. This case concerns property damage caused by CCI at the Red Bull Phase II construction project in Hanover Township, New Jersey. Plaintiffs seek damages for breach of contract and negligence for property and water damage caused by CCI during the final cleaning of the project.

### PARTIES

2. ModSpace is a Delaware corporation that provides general contracting, design-build, and construction management services to its clients. ModSpace's principal place of

business and corporate offices are located at 1200 Swedesford Road, Berwyn, Pennsylvania 19312.

3.  Upon information and belief, CCI is a New York corporation with its principal place of business at One CA Plaza, Suite 101, Islandia, New York 11749.

## JURISDICTION AND VENUE

4.  Jurisdiction is appropriate in this Court pursuant to 28 U.S.C. § 1332(a), because the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of foreign States.

5.  Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(a), because Defendant regularly conducts business in this judicial district, and Defendants are subject to personal jurisdiction in this district.  Moreover, the contract between Plaintiff and Defendant provides that Defendant "submits to jurisdiction and venue of courts having situs in the Eastern District of Pennsylvania or Chester County."

## FACTS COMMON TO ALL COUNTS

6.  On or about September 15, 2014, ModSpace entered a professional services agreement ("the Prime Contract") with Red Bull Arena, Inc. ("RBA").

7.  Under the Prime Contract, ModSpace contracted to provide RBA with certain manufacturing, installation, and related services in connection with pre-fabricated buildings to be erected for a soccer training facility in Hanover Township, New Jersey (the "Project").

8.  In its role as the contractor, ModSpace entered into a Purchase Order with CCI to perform the final cleaning of the constructed Project prior to turnover to the RBA.

9. On August 3, 2015, CCI commenced the cleaning at the Project. During the performance of CCI's work, CCI caused property and water damage to the facility and various building components at the Project (the "Property Damage").

10. ModSpace immediately notified CCI of the Property Damage and CCI acknowledged responsibility.

11. RBA contended that ModSpace was legally liable for the Property Damage that CCI caused and demanded that ModSpace repair the damage and remediate the Project (the "Claims").

12. The Purchase Order provides that CCI must indemnify and hold ModSpace harmless from Claims like those described in Paragraph 11, above, when arising out of or relating to their services on the Project.

13. ModSpace notified CCI of the Property Damage and RBA's Claims and demanded that CCI prepare a remediation plan, along with a proposed schedule, to repair the Property Damage and remediate the Project.

14. Despite its acceptance of responsibility and despite demand by ModSpace, CCI failed to adequately respond to the situation, repair the Property Damage, and remediate the Project.

15. As a result of CCI's failure, ModSpace undertook the appropriate and necessary actions to repair the Property Damage caused by CCI and remediate the Project for turnover to RBA. To date, ModSpace has incurred direct costs of $248,926.04.

### COUNT I
### Breach of Contract

16. ModSpace incorporates Paragraphs 1 through 15 as if fully set forth herein.

17. As set forth above, CCI breached the Purchase Order by causing Property Damage during its cleaning operations at the Project.

18. CCI also breached the Purchase Order by failing to indemnify and hold ModSpace harmless from and against any and all liability, loss, cost, damage, or expense (including attorneys' fees) arising out of or relating to CCI's services on the Project.

19. As a direct and proximate result of CCI's breaches of the Purchase Order, ModSpace has suffered, or will suffer, direct damages in the principal amount not less than $300,000, plus interest and attorneys' fees.

20. ModSpace has satisfied all conditions precedent to bringing this claim or any alleged conditions precedent have been waived by CCI.

WHEREFORE, Modular Space Corporation requests that it be awarded a judgment under Count I against Capital Construction, Inc., thereby entitling Modular Space Corporation to recover damages in an amount in excess of $300,000, plus interest, costs, and attorneys' fees.

### COUNT II
### Negligence

21. ModSpace incorporates Paragraphs 1 through 15 as if fully set forth herein.

22. At all relevant times, CCI owed ModSpace a duty to perform its services properly and commensurate with the prevailing standard of care.

23. CCI breached duties owing to ModSpace by, among other things, causing Property Damage at the Project.

24. CCI's failure to perform the services properly and commensurate with the prevailing standard of care, caused property and water damage to the facility and various building components at the Project.

25. As a direct and proximate result of CCI's negligence, ModSpace has suffered damages.

WHEREFORE, Modular Space Corporation requests that it be awarded a judgment under Count II against Capital Construction, Inc., thereby entitling Modular Space Corporation to recover damages in an amount in excess of $300,000, plus interest, costs, and attorneys' fees.

## COUNT III
## Unjust Enrichment

26. ModSpace incorporates Paragraphs 1 through 15 as if fully set forth herein.

27. ModSpace conferred a benefit upon CCI by performing work that was included in CCI's scope of work to be performed at the Project and by undertaking the appropriate and necessary actions to repair the Property Damage caused by CCI and remediate the Project for turnover to RBA.

28. CCI was aware of, and had knowledge of, the benefit conferred upon it by ModSpace.

29. CCI has accepted and retained the value of the benefits conferred upon it by ModSpace without paying ModSpace for those benefits, rendering it inequitable for CCI to retain the benefits provided by ModSpace.

30. The reasonable value of the benefit received by CCI for which CCI has been unjustly enriched exceeds $300,000.

WHEREFORE, Modular Space Corporation requests that it be awarded a judgment under Count III against Capital Construction, Inc., thereby entitling Modular Space Corporation to recover damages in an amount in excess of $300,000, plus interest, costs, and attorneys' fees.

## COUNT IV
### *Quantum Meruit*

31. ModSpace incorporates Paragraphs 1 through 15 as if fully set forth herein.

32. ModSpace rendered valuable labor, materials, and equipment totaling in excess of $300,000 to complete CCI's scope of work to be performed at the Project and by undertaking the appropriate and necessary actions to repair the Property Damage caused by CCI and remediate the Project for turnover to RBA.

33. CCI accepted and received the benefit of the labor, materials, and equipment and did so knowing that ModSpace expected to be paid for those materials and services.

34. All materials and services rendered by ModSpace were rendered under such circumstances that CCI knew that ModSpace expected to be paid.

35. The reasonable value of the work performed by ModSpace for which CCI has failed to pay ModSpace is in excess of $300,000.

WHEREFORE, Modular Space Corporation requests that it be awarded a judgment under Count IV against Capital Construction, Inc., thereby entitling Modular Space Corporation to recover damages in an amount in excess of $300,000, plus interest, costs, and attorneys' fees.

          EASTBURN AND GRAY, PC

By: _____  rrw1529
Robert R. Watson, Jr.
PA ID 83787
470 Norristown Road, Suite 302
Blue Bell, PA 19422
(215) 345-7000
(215) 542-9421 (fax)

Michael A. Schollaert, Esquire
Ober, Kaler, Grimes &
  Shriver, A Professional Corporation
100 Light Street
Baltimore, MD 21202
(410) 685-1120
(410) 547-0699 (fax)
*Pro Hac Vice Motion Pending*

Counsel for Plaintiff